## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**RICHARD GRISSOM,**

      **Plaintiff,**

      v.                                         **CASE NO. 19-3178-SAC**

**ANDREW J. PALM, et al.,**

      **Defendants.**

### ORDER

Plaintiff, a state prisoner appearing *pro se* and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. The events giving rise to his Complaint occurred during his incarceration at the El Dorado Correctional Facility in El Dorado, Kansas ("EDCF"). On December 13, 2019, the Court entered a Memorandum and Order and Order to Show Cause (Doc. 7) ("MOSC"), directing the appropriate officials of EDCF to prepare and file a *Martinez* Report. This matter is before the Court on the Kansas Department of Correction's ("KDOC") Motion for Leave to File Certain Exhibits to the "Martinez Report" under Seal and/or Conventionally (Doc. 20) and Motion for Extension of Time to File the "Martinez Report" (Doc. 21).

The Martinez Report is currently due September 14, 2020. The KDOC is requesting a 10-day extension of time to obtain permission to file certain exhibits under seal. For good cause shown, the Court will grant the motion.

The KDOC seeks to file under seal exhibits containing Plaintiff's medical records, incident reports and related documents, and video. KDOC seeks to file Exhibits B, K, L, M, N, P, S, and

1

T under seal because of their confidential and or private nature, and asserts that these exhibits should not be available for Plaintiff or the general public. The KDOC seeks to file conventionally and under seal Exhibit C, consisting of confidential security videos in electronic format (security footage). KDOC asserts that Exhibit C should also not be available to Plaintiff or the general public. The Court will grant the motion to the extent that Exhibits B, C, K, L, M, N, P, S and T shall be filed under seal, and Exhibit C shall be filed conventionally.

The Court will grant the KDOC an opportunity to respond as to the basis for its request to not provide Plaintiff with a copy of Doc. 20–1, at 33; Doc. 20–3, at 16 and 40, and Doc. 20–4. The response shall also indicate whether or not these documents may be provided in a redacted form.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC's Motion for Extension of Time to File the "Martinez Report" (Doc. 21) is **granted.** The deadline for filing the *Martinez* Report ordered at Doc. 7 is extended to **September 24, 2020.** Upon the filing of that report, the Defendants shall have an additional **thirty (30) days** to answer or otherwise respond to the Complaint.

**IT IS FURTHER ORDERED** that the KDOC's Motion for Leave to File Certain Exhibits to the "Martinez Report" under Seal and/or Conventionally (Doc. 20) is **granted** to the extent that Exhibits B, C, K, L, M, N, P, S and T shall be filed under seal, and Exhibit C shall be filed conventionally.

**IT IS FURTHER ORDERED** that the KDOC shall respond by **September 29, 2020,** as to the basis for its request to not provide Plaintiff with a copy of Doc. 20–1, at 33; Doc. 20–2; Doc. 20–3, at 16 and 40, and Doc. 20–4. The response shall also indicate whether or not these documents may be provided in a redacted form.

**IT IS SO ORDERED**.

**Dated September 15, 2020, in Topeka, Kansas.**

<u>**S/ Sam A. Crow**</u>
**SAM A. CROW**
**SENIOR U. S. DISTRICT JUDGE**