### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

**RICHARD GRISSOM,**

      **Plaintiff,**

      v.                                    **CASE NO. 19-3178-SAC**

**ANDREW J. PALM, et al.,**

      **Defendants.**

### ORDER

Plaintiff, a state prisoner appearing *pro se* and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. This matter is before the Court on the Kansas Department of Correction's ("KDOC") Motion for Leave to File Certain Exhibits to the Martinez Report Under Seal (Doc. 22). The KDOC seeks to file Exhibits W and X under seal. The KDOC asserts that the two exhibits were inadvertently omitted from the previous motion to file under seal. The Court grants the motion.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC's Motion for Leave to File Certain Exhibits to the Martinez Report Under Seal (Doc. 22) is **granted.** The KDOC is granted leave to file Exhibits W and X under seal.

**IT IS SO ORDERED**.

**Dated September 17, 2020, in Topeka, Kansas.**

                                          **S/ Sam A. Crow**
                                          **SAM A. CROW**
                                          **SENIOR U. S. DISTRICT JUDGE**