IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RICHARD GRISSOM #33728**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | Case No. 19-CV-3178-SAC |
| **v.**  ) | |
| ) | |
| **ANDREW J. PALM, et al.**  ) | |
| ) | |
| **Defendants.**  ) | |

## AMENDED RESPONSE TO ORDER REGARDING EXHIBTS FILED UNDER SEAL

The Kansas Department of Corrections (KDOC) as an Interested Party in this matter, and by and through undersigned counsel, having reviewed the Court's Order [Doc. #23, filed September 15, 2020] with respect to filling documents to the Martinez Report Under Seal and providing Plaintiff with portions or excerpts from those Exhibits states that KDOC will provide Plaintiff with those portions of the sealed Exhibits identified by the Court, Exhibit B, pg. 33, Exhibit K, Exhibit L, pgs. 16 and 40, and Exhibit M, along with his copy of the Martinez Report.

Respectfully Submitted,

/s/      Joni Cole
Joni Cole #24798
1737 SE Highway 54
El Dorado, Kansas 67042
Phone: 316-322-2007
Fax: 316-322-2018
Email: Joni.Cole@ks.gov
Attorney for the KDOC

## CERTIFICATE OF SERVICE

   I hereby certify that on the 25th day of September 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Attorney General's Office
Attention: Natasha Carter
120 S.W. 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597


Jeff Cowger
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St., Suite 300
Topeka, Kansas 66603

I further certify I sent via United State Postal mailed a copy of the foregoing, on the 25th day of September, 2020 to:

Richard Grissom #33728
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, Kansas 67504-1568

              /s/ Joni Cole
                Joni Cole