IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RICHARD GRISSOM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case. No. 19-CV-03178-SAC |
| | ) |
| **ANDREW PALM, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

**COME NOW**, Defendants Maria Boss, Andrew Palm, Abraham Loewen, Dan Schnurr, Dustin Randolph, Andrew Fouss, and Patrick Mansfield, by and through Assistant Attorney General Natasha Carter, respectfully move this Court for an order allowing an additional thirty (30) days in which to file a response to Plaintiff's Complaint (Doc. 01). In support of the requested extension, the Defendants state the following:

1. Currently, Defendants must respond by November 9, 2020.

2. Defendants have requested one previous 14-day Clerk's extension of time as to this deadline.

3. Defendants have not conferred with the Plaintiff in this matter.

4. Good cause exists for the requested motion, which is made in good faith and not for the purpose of delay. Defendants require additional time to respond to Plaintiff's Complaint. Due to the ongoing disruption to ordinary operations necessitated by COVID-19, Defendants require more time to obtain the necessary affidavits and evidence. The extension is also requested due to the press of other business and the undersigned counsel's other obligations.

WHEREFORE, for the reasons set forth above, Maria Boss, Andrew Palm, Abraham Loewen, Dan Schnurr, Dustin Randolph, Andrew Fouss, and Patrick Mansfield request this Court enter an Order granting an extension of answer deadline allowing 30 days to answer or otherwise plead to Plaintiff's Complaint, and or such other and further relief as this Court deems just and proper.

Respectfully Submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Natasha M. Carter
Natasha M. Carter, KS No. 26074
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue,
Topeka, Kansas, 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3767
Email: natasha.carter@ag.ks.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of November, 2020, the above and foregoing Defendants' Motion for Extension of Time was electronically filed with the Clerk of the Court by using the CM/ECF system, which sent notice of electronic filing and a copy served on Plaintiff by depositing the same in the United States Mail, first class postage prepaid, addressed as follows:

Richard Grissom #33728
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, Kansas 67504-1568

s/ Natasha Carter_____
Natasha Carter
Assistant Attorney General