# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**RICHARD GRISSOM,**

    **Plaintiff,**

    v.                                    **CASE NO. 19-3178-SAC**

**ANDREW J. PALM, et al.,**

    **Defendants.**

## ORDER TO SHOW CAUSE

Plaintiff, a state prisoner appearing *pro se* and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. The Court granted the Kansas Department of Corrections' ("KDOC") motion to file additional exhibits to the *Martinez* Report under seal. (Doc. 24.) The Court will grant the KDOC an opportunity to show good cause why these additional exhibits (Exhibits W and X) should not be provided to Plaintiff. The response shall also indicate whether or not these documents may be provided in a redacted form.

The Court is contemplating the appointment of counsel for Plaintiff for the limited purpose of mediation, possibly before one of the Court's Magistrate Judges. The parties should notify the Court as to their position on whether or not mediation would be beneficial in this case.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC shall respond by **December 21, 2020,** as to the basis for its request to not provide Plaintiff with a copy of Exhibits W and X to the *Martinez* Report (Docs. 27–1 and 27–2). The response shall also indicate whether or not these documents may be provided in a redacted form.

**IT IS FURTHER ORDERED** that the parties shall have until **December 21, 2020,** to notify the Court as to their position on whether or not mediation would be beneficial in this case.

**IT IS SO ORDERED**.

**Dated December 8, 2020, in Topeka, Kansas.**

<u>**S/ Sam A. Crow**</u>
**SAM A. CROW**
**SENIOR U. S. DISTRICT JUDGE**