Richard Grissom #33728
HCF, P.O. Box 1568
Hutchinson, KS 67504

In The United States District Court
for the District Of Kansas

Richard Grissom,
        Plaintiff

vs.                              Plaintiff's Request for Mediation

Andrew V. Palm, et al.,
        Defendants

I, Richard Grissom, Plaintiff, pro se respectfully requests this honorable Court grant this motion for the following reasons.

Plaintiff has limited ability to research the legalities of this case due to his 24 hour a day confinement in ad seg.

Said exhibits have important evidentiary value and prohibiting his ability to view or read said exhibits also prohibits his ability to prepare his case with all the facts so justice cannot prevail.

Pursuant to 28 U.S.C. 1746, I verify under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of December 2020 at Hutchinson, KS.

*Richard Grissom*
Richard Grissom