## Names

| Name Type | Name |
|---|---|
| Conviction | GRISSOM, RICHARD JR |
| True | GRISSOM, RICHARD |
| Alias | T MONEY, |
| Alias | TAKE MONEY, |



(/kasper/search/image?kdocNumber=0033728&imageNumber=1)

**GRISSOM, RICHARD JR**

Approx Picture Date

2015-07-24



(/kasper/search/image?kdocNumber=0033728&imageNumber=2)

**GRISSOM, RICHARD JR**

Approx Picture Date

2015-07-24

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | ▬▬▬ | 61 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 5'-11" | 234 | Male | Black |

## Current Status reported by Dept. of Corrections

**Work or Program Participation**  Working in a job

**Earliest Possible Release Date (1)**  Oct 06, 2093

**Current Status**  Incarcerated

**Admission Date**  Nov 09, 1989

**Current Location (2)**  El Dorado CF-Central (http://www.doc.ks.gov/facilities/edcf)

**Custody Level**  Special Management

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Johnson | K62001 | Jun 12, 1989 | Nov 27, 1990 | N/A | Giving a Worthless Check ($150 or More) | 3 | Class E Felony | Active | KS |
| Johnson | K61131 | Jun 18, 1989 | Nov 20, 1990 | N/A | Murder, 1st degree | 1 | Class A Felony | Active | KS |
| Johnson | K61131 | Jun 18, 1989 | Nov 20, 1990 | N/A | Aggravated Burglary | 1 | Class C Felony | Active | KS |
| Johnson | K61131 | Jun 26, 1989 | Nov 20, 1990 | N/A | Murder, 1st degree | 2 | Class A Felony | Active | KS |
| Johnson | K61131 | Jun 26, 1989 | Nov 20, 1990 | N/A | Aggravated Kidnapping | 1 | Class A Felony | Active | KS |
| Johnson | K61131 | Jun 26, 1989 | Nov 20, 1990 | N/A | Robbery | 4 | Class C Felony | Active | KS |
| Johnson | K61131 | Jun 26, 1989 | Nov 20, 1990 | N/A | Aggravated Burglary | 1 | Class C Felony | Active | KS |
| Johnson | K48353 | Jun 28, 1984 | Apr 29, 1985 | N/A | Burglary | 1 | Class D Felony | Active | KS |
| Johnson | K48353 | Jun 28, 1984 | Apr 29, 1985 | N/A | Theft ($150 or More) | 1 | Class E Felony | Active | KS |
| Johnson | 61246 | Mar 14, 1989 | Nov 08, 1990 | N/A | Forgery | 3 | Class E Felony | Active | KS |
| Johnson | K61246 | Mar 14, 1989 | Nov 08, 1990 | N/A | Forgery | 3 | Class E Felony | Active | KS |
| Johnson | K47424 | Oct 02, 1984 | May 07, 1985 | N/A | Theft ($150 or More) | 1 | Class E Felony | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Mar 22, 2022 | Inter-Facility Movement |

| Location | Movement Date | Movement Reason |
| --- | --- | --- |
| Lansing CF-Central | Jun 02, 2021 | Inter-Facility Movement |
| Hutchinson CF-Central | Jan 29, 2018 | Inter-Facility Movement |
| El Dorado CF-Central | Mar 17, 2009 | Inter-Facility Movement |
| Lansing CF-Central | Oct 28, 2008 | Inter-Facility Movement |
| El Dorado CF-Central | Jun 26, 2008 | Inter-Facility Movement |
| Lansing CF-Central | Feb 12, 2008 | Inter-Facility Movement |
| Hutchinson CF-Central | Oct 11, 2007 | Inter-Facility Movement |
| El Dorado CF-Central | May 24, 2007 | Inter-Facility Movement |
| Lansing CF-Central | Nov 21, 2006 | Inter-Facility Movement |
| Hutchinson CF-Central | Jun 20, 2006 | Inter-Facility Movement |
| Lansing CF-Central | Feb 07, 2006 | Inter-Facility Movement |
| El Dorado CF-Central | Oct 19, 2005 | Inter-Facility Movement |
| Hutchinson CF-Central | Jun 08, 2005 | Inter-Facility Movement |
| Lansing CF-Central | Feb 14, 2005 | Inter-Facility Movement |
| El Dorado CF-Central | Dec 31, 1996 | Inter-Facility Movement |
| Lansing CF-Central | Jan 15, 1993 | Returned From Court Appearance |
| Johnson County | Jan 15, 1993 | Released For Court Appearance |
| Lansing CF-Central | Feb 06, 1991 | Inter-Facility Movement |
| Topeka CF-RDU | Feb 05, 1991 | Inter-Facility Movement |
| Lansing CF-Central | Nov 27, 1990 | Returned From Court Appearance |
| Johnson County | Nov 13, 1989 | Released For Court Appearance |
| Lansing CF-Central | Nov 09, 1989 | Parole Viol. No New Sentence |
| Unknown or N/A | Jun 19, 1989 | Absconded |
| Missouri State | Jun 01, 1988 | Out-of-State Parole |
| Topeka CF-West | Feb 10, 1988 | Inter-Facility Movement |
| Lansing CF-Central | Aug 31, 1987 | Inter-Facility Movement |
| Topeka CF-West | Jul 24, 1987 | Intra-Facility Movement |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Topeka CF-West | Jul 19, 1987 | Intra-Facility Movement |
| Topeka CF-West | May 19, 1987 | Intra-Facility Movement |
| Topeka CF-West | May 16, 1987 | Intra-Facility Movement |
| Topeka CF-West | Mar 15, 1987 | Intra-Facility Movement |
| Topeka CF-West | Mar 13, 1987 | Intra-Facility Movement |
| Topeka CF-West | Mar 01, 1987 | Intra-Facility Movement |
| Topeka CF-West | Feb 27, 1987 | Intra-Facility Movement |
| Topeka CF-West | Feb 15, 1987 | Intra-Facility Movement |
| Topeka CF-West | Feb 13, 1987 | Intra-Facility Movement |
| Topeka CF-West | Jan 29, 1987 | Inter-Facility Movement |
| Topeka CF-RDU | Jan 15, 1987 | Inter-Facility Movement |
| Topeka CF-West | Dec 01, 1986 | Intra-Facility Movement |
| Topeka CF-West | Nov 26, 1986 | Intra-Facility Movement |
| Topeka CF-West | Nov 16, 1986 | Intra-Facility Movement |
| Topeka CF-West | Nov 14, 1986 | Intra-Facility Movement |
| Topeka CF-West | Oct 26, 1986 | Intra-Facility Movement |
| Topeka CF-West | Oct 24, 1986 | Intra-Facility Movement |
| Topeka CF-West | Sep 17, 1986 | Inter-Facility Movement |
| Topeka CF-Central | Apr 16, 1986 | Inter-Facility Movement |
| Hutchinson CF-Central | Feb 26, 1986 | Returned From Court Appearance |
| Missouri State | Dec 26, 1985 | Released For Court Appearance |
| Hutchinson CF-Central | Jul 31, 1985 | Inter-Facility Movement |
| Topeka CF-RDU | Jun 26, 1985 | Inter-Facility Movement |
| Hutchinson CF-Central | May 10, 1985 | New Court Commitment |
| Unknown or N/A | Nov 30, 1981 | Discharge From Parole |
| Riley County | Nov 16, 1979 | Paroled In-State |
| Hutchinson CF-Central | Apr 12, 1979 | NCC - Aggrav Juv Delin |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Mar 15, 2019 | 1 | Hutchinson Correctional Fac. - Central | Fighting |
| Mar 15, 2019 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Nov 25, 2017 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Nov 25, 2017 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Oct 05, 2015 | 1 | El Dorado Correctional Fac. - Central | Undue Familiarity |
| Apr 07, 2010 | 2 | El Dorado Correctional Fac. - Central | Less Dangerous Contraband |
| Jun 01, 2005 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jan 26, 2005 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Nov 25, 2003 | 1 | El Dorado Correctional Fac. - Central | Viol Statute (Felony Crime) |