## Workforce: Snapshot

KDOC FY 2018 ANNUAL REPORT

### Staff Turnover

**Non-uniform Turnover**
June 30, 2018

|  | FTE | Average Vacant | Annual Vacancy Rate | Average Filled | Separations | Turnover Rate |
|---|---|---|---|---|---|---|
| **Adult Facility** | | | | | | |
| El Dorado | 126 | 7.65 | 6.07% | 118.35 | 21 | 17.74% |
| Ellsworth | 72 | 4.06 | 5.64% | 67.94 | 17 | 25.02% |
| Hutchinson | 149 | 5.79 | 3.89% | 143.21 | 21 | 14.66% |
| Lansing* | 175 | 33.82 | 19.33% | 141.18 | 40 | 28.33% |
| Larned | 55 | 1.44 | 2.62% | 53.56 | 4 | 7.47% |
| Norton | 68 | 2.92 | 4.29% | 65.08 | 9 | 13.83% |
| Topeka | 82 | 7.21 | 8.79% | 74.79 | 20 | 26.74% |
| Winfield/WWRF | 67 | 2.63 | 3.93% | 64.37 | 8 | 12.43% |
| **Facility Total** | 794 | 65.52 | 8.25% | 728.48 | 140 | 19.22% |
| **Juvenile Facility** | | | | | | |
| Kansas Juvenile Correctional Complex | 75.5 | 11.25 | 14.90% | 64.25 | 14 | 21.79% |
| **Parole** | | | | | | |
| Northern Region | 70.5 | 9.16 | 12.99% | 61.34 | 21 | 34.24% |
| Southern Region | 68.5 | 5.58 | 8.15% | 62.92 | 8 | 12.72% |
| **Parole Total** | 139 | 14.74 | 10.60% | 124.26 | 29 | 23.34% |

*Lansing numbers include 11 non-uniformed positions in LCF-Medium that was closed for construction starting in March 2018.*



*Lansing numbers include 11 non-uniformed positions in LCF-Medium that was closed for construction starting in March 2018.*

## Workforce: Snapshot

KDOC FY 2018 ANNUAL REPORT

### Staff Turnover

**Uniform Turnover**
June 30, 2018

|  | FTE | Average Vacant | Annual Vacancy Rate | Average Filled | Separations | Turnover Rate |
|---|---|---|---|---|---|---|
| **Adult Facility** | | | | | | |
| El Dorado | 360 | 64.39 | 17.89% | 295.61 | 159 | 53.79% |
| Ellsworth | 163 | 19.6 | 12.03% | 143.4 | 61 | 42.54% |
| Hutchinson | 359 | 32.46 | 9.04% | 326.54 | 137 | 41.96% |
| Lansing* | 502 | 97.61 | 19.44% | 404.39 | 161 | 39.81% |
| Larned | 132 | 18.15 | 13.75% | 113.85 | 53 | 45.55% |
| Norton | 196 | 20.21 | 10.31% | 175.79 | 53 | 30.14% |
| Topeka | 180 | 12.08 | 6.71% | 167.92 | 61 | 36.33% |
| Winfield/WWRF | 133 | 4.33 | 3.26% | 128.67 | 32 | 24.87% |
| Facility Total | 2,025 | 268.83 | 13.28% | 1,756.17 | 717 | 40.83% |
| **Juvenile Facility** | | | | | | |
| Kansas Juvenile Correctional Complex | 184 | 38.5 | 20.92% | 145.5 | 31 | 21.31% |

*Lansing numbers include 69.5 uniformed positions in LCF-Medium that was closed for construction starting in March 2018.*



**Adult Correctional Uniformed Staff Turnover Rate**
FY 2018

El Dorado 53.79%, Ellsworth 42.54%, Hutchinson 41.96%, Lansing* 39.81%, Larned 45.55%, Norton 30.14%, Topeka 36.33%, Winfield 24.87%, All Facilities 40.83%

*Lansing numbers include 69.5 uniformed positions in LCF-Medium that was closed for construction starting in March 2018.*

# Workforce: Snapshot

KDOC FY 2019 ANNUAL REPORT

## Staff Turnover

| Non-uniform Turnover<br>June 30, 2019 | Authorized FTE | Separations | Turnover % |
|---|---|---|---|
| **Adult Facility** | | | |
| El Dorado | 127 | 21 | 16.54% |
| Ellsworth | 74 | 12 | 16.22% |
| Hutchinson | 149 | 18 | 12.08% |
| Lansing* | 167 | 41.5 | 24.85% |
| Larned | 55 | 5 | 9.09% |
| Norton | 68 | 9 | 13.24% |
| Topeka | 82 | 13 | 15.85% |
| Winfield/WWRF | 66 | 12 | 18.18% |
| **Facility Total** | 788 | 131.5 | 16.69% |
| **Juvenile Facility** | | | |
| Kansas Juvenile Correctional Complex | 75.5 | 11 | 14.57% |
| **Parole** | | | |
| Northern Region | 70.5 | 18 | 25.53% |
| Southern Region | 68.5 | 14 | 20.44% |
| **Parole Total** | 139 | 32 | 23.02% |

*Lansing's FTE includes positions that were have been left vacant during construction.*



**Adult Correctional Non-uniformed Staff Turnover Rate**
FY 2019

- El Dorado: 16.54%
- Ellsworth: 16.22%
- Hutchinson: 12.08%
- Lansing*: 24.85%
- Larned: 9.09%
- Norton: 13.24%
- Topeka: 15.85%
- Winfield: 18.18%
- All Facilities: 16.69%

*Lansing numbers include 11 non-uniformed positions in LCF-Medium that was closed for construction starting in March 2018.*

## Workforce: Snapshot

KDOC FY 2019 ANNUAL REPORT

### Staff Turnover

**Uniform Turnover**
June 30, 2019

|  | FTE | Separations | Turnover Rate |
|---|---|---|---|
| **Adult Facility** | | | |
| El Dorado | 359 | 131 | 36.49% |
| Ellsworth | 161 | 39 | 24.22% |
| Hutchinson | 359 | 84 | 23.40% |
| Lansing* | 430 | 109 | 25.35% |
| Larned | 132 | 30 | 22.73% |
| Norton | 196 | 35 | 17.86% |
| Topeka | 180 | 51 | 28.33% |
| Winfield/WWRF | 134 | 27 | 20.15% |
| Facility Total | 1,951 | 506 | 25.94% |
| **Juvenile Facility** | | | |
| Kansas Juvenile Correctional Complex | 184 | 36 | 19.57% |

*Lansing's FTE includes positions that were left vacant during construction.*



**Adult Correctional Uniformed Staff Turnover Rate**
FY 2019

- El Dorado: 36.49%
- Ellsworth: 24.22%
- Hutchinson: 23.40%
- Lansing*: 25.35%
- Larned: 22.73%
- Norton: 17.86%
- Topeka: 28.33%
- Winfield: 20.15%
- All Facilities: 25.94%

*Lansing's FTE includes positions that were have been left vacant during construction.*

## Workforce

### Non-uniform Staff Turnover

| Non-uniform Turnover June 30, 2020 | Authorized FTE | Separations | Turnover % |
|---|---|---|---|
| **Adult Facility** | | | |
| El Dorado | 127 | 20 | 15.75% |
| Ellsworth | 73 | 13 | 17.81% |
| Hutchinson | 148 | 19 | 12.84% |
| Lansing | 94 | 49.5 | 52.66% |
| Larned | 57 | 6 | 10.53% |
| Norton | 68 | 5 | 7.35% |
| Topeka | 74 | 10 | 13.51% |
| Winfield/WWRF | 65 | 10 | 15.38% |
| **Adult Facility Total** | 706 | 132.5 | 18.77% |
| **Juvenile Facility** | | | |
| Kansas Juvenile Correctional Complex | 75.5 | 13 | 17.22% |
| **Parole** | | | |
| Northern Region | 70.5 | 20 | 28.37% |
| Southern Region | 68.5 | 15 | 21.90% |
| **Parole Total** | 139 | 35 | 25.18% |

*Note: Lansing separations reflect turnover required by reduction in FTE with the opening of the new facility. This inflates the turnover rate for FY2020.*



## Workforce

**Uniform Staff Turnover**

| Uniform Turnover June 30, 2020 | FTE | Separations | Turnover Rate |
|---|---|---|---|
| **Adult Facility** | | | |
| El Dorado | 359 | 107 | 29.81% |
| Ellsworth | 161 | 41 | 25.47% |
| Hutchinson | 359 | 85 | 23.68% |
| Lansing | 315 | 114 | 36.19% |
| Larned | 132 | 34 | 25.76% |
| Norton | 196 | 51 | 26.02% |
| Topeka | 186 | 36 | 19.35% |
| Winfield/WWRF | 135 | 14 | 10.37% |
| Adult Facility Total | 1,843 | 482 | 26.15% |
| **Juvenile Facility** | | | |
| Kansas Juvenile Correctional Complex | 184 | 52 | 28.26% |

*Note: Lansing separations reflect turnover required by reduction in FTE with the opening of the new facility. This inflates the turnover rate for FY2020.*



## Workforce

### Non-uniform Staff Turnover

**Non-uniform Turnover FY2021**

| | Authorized FTE | Separations | Turnover % |
|---|---|---|---|
| **Adult Facility** | | | |
| El Dorado | 127 | 24 | 18.90% |
| Ellsworth | 73 | 8 | 10.96% |
| Hutchinson | 148 | 19 | 12.84% |
| Lansing | 94 | 24 | 25.53% |
| Larned | 58 | 10 | 17.24% |
| Norton | 70 | 11 | 15.71% |
| Topeka | 75.5 | 23 | 30.46% |
| Winfield/WWRF | 67 | 12 | 17.91% |
| **Adult Facility Total** | 712.5 | 131 | 18.39% |
| **Juvenile Facility** | | | |
| Kansas Juvenile Correctional Complex | 86.5 | 18 | 20.81% |
| **Parole** | | | |
| Parole Total | 141 | 24 | 17.02% |

*Note: Parole total reflects the 141 persons working at a parole office and does not include 13 persons in central office who contribute to parole functions for the department.*



## Workforce

### Uniform Staff Turnover

**Uniform Turnover**
June 30, 2021

|  | FTE | Separations | Turnover Rate |
|---|---|---|---|
| **Adult Facility** | | | |
| El Dorado | 359 | 122 | 33.98% |
| Ellsworth | 161 | 50 | 31.06% |
| Hutchinson | 360 | 104 | 28.89% |
| Lansing | 315 | 85 | 26.98% |
| Larned | 162 | 42 | 25.93% |
| Norton | 194 | 43 | 22.16% |
| Topeka | 186 | 49 | 26.34% |
| Winfield/WWRF | 134 | 26 | 19.40% |
| Adult Facility Total | 1,871 | 521 | 27.85% |
| **Juvenile Facility** | | | |
| Kansas Juvenile Correctional Complex | 178 | 52 | 25.28% |

