## AFFIDAVIT OF JOCILYN B. OYLER

I, Jocilyn B. Oyler, of lawful age and duly sworn on oath state as follows:

1. I am employed by the Kansas Department of Corrections ("KDOC") as El Dorado Legal Counsel. All relevant surveillance camera footage regarding the altercation between inmate Richard Grissom and Officer Andrew Palm on November 25, 2017, has been provided to the Court. This surveillance camera footage consists solely of Exhibit C in the Martinez Report for this case.

2. It is the historical and current practice of the KDOC to allow inmates to view surveillance camera footage filed in conjunction with a *Martinez* report under supervision. While inmates are allowed to view the videos, they are not provided with copies.

3. Based on KDOC practices, Mr. Grissom was very likely allowed to view the surveillance camera footage in accordance with this historical practice prior to Mr. Grissom responding to any dispositive motions.

4. During the relevant timeframe, Mr. Grissom was incarcerated at El Dorado Correctional Facility, Hutchinson Correctional Facility, and Lansing Correctional Facility.

5. KDOC legal staff has consulted with various personnel at El Dorado Correctional Facility, Hutchinson Correctional Facility, and Lansing Correctional Facility, and has determined that current personnel at these facilities did not supervise Mr. Grissom's viewing of the surveillance video prior to June 29, 2022. Current staff does not know which personnel might have shown Mr. Grissom the video.

6. It would be almost impossible to determine which past personnel may have supervised Mr. Grissom's previous viewing of the surveillance video prior to June 29, 2022. The large volume of prior staff that would have to be located and consulted because of staff turnover at these facilities during the relevant timeframe would make it particularly difficult.

7. The legal counsel for El Dorado Correctional Facility and Lansing Correctional Facility have turned over since the November 25, 2017, incident.

8. I have personal knowledge as to the above statements, and these statements are true and correct.

_____
Jocilyn B. Oyler
El Dorado Legal Counsel
Kansas Department of Corrections

State of __Kansas__

County of __Shawnee__

Signed and sworn to (or affirmed) before me on this __29TH__ day of July, 2022, by __David Jerome Thompson__.

_____
Notary Public

David Jerome Thompson
Notary Public- State of Kansas
My Appt. Expires on 10/07/2025

My commission expires:
10/07/2025

2