## AFFIDAVIT OF LANE GREGG

I, Lane Gregg, of lawful age and duly sworn on oath state as follows:

1. I am employed by the Kansas Department of Corrections ("KDOC") at El Dorado Correctional Facility ("EDCF") as a Unit Team Supervisor for A cell house.

2. Mr. Richard Grissom 33728 viewed the video from 2017-11-25 at 10:00 am on Wednesday, June 29, 2022, in the legal visit room.

3. Upon written request, Mr. Richard Grissom can view the video again.

FURTHER, THE AFFIANT SAYETH NAUGHT.

Lane Gregg
Unit Team Supervisor
El Dorado Correctional Facility

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this _7_ day of July 2022.

Notary Public

05-06-2025
My appointment expires:

NOTARY PUBLIC - State of Kansas
DAVID S. LEWIS
My Appt Expires 05-06-2025